```
 1  MILES B. COOPER (State Bar No. 209085)
    ROUDA, FEDER, TIETJEN & MCGUINN
 2  44 Montgomery Street, Suite 4000
    San Francisco, CA 94104
 3  415-398-8169 (Fax 1)
    415-398-5398 (Office Main)
 4
    Attorneys for Plaintiff
 5  ARNELL NIGHTINGALE

 6

 7  MARTIN J. AMBACHER (State Bar No. 144596)
    PETRA BRUGGISSER (State Bar No. 241173)
 8  MCNAMARA, NEY, BEATTY, SLATTERY,
    BORGES & AMBACHER LLP
 9  1211 Newell Avenue
    Walnut Creek, CA 94596
10  Telephone: (925) 939-5330
    Facsimile:  (925) 939-0203
11
    Attorneys for Defendant
12  SAFECO INSURANCE COMPANY OF AMERICA
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARNELL NIGHTINGALE,<br><br>       Plaintiff,<br><br>vs.<br><br>SAFECO INSURANCE COMPANY OF AMERICA,<br><br>       Defendant. | Case No. C 12-04595 NC<br><br>**JOINT STIPULATION FOR DISMISSAL**<br>AND ORDER THEREON |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff ARNELL NIGHTINGALE and Defendant SAFECO INSURANCE COMPANY OF AMERICA hereby stipulate and agree as follows:

Plaintiff ARNELL NIGHTINGALE hereby <u>dismisses with prejudice</u> this civil action in its entirety.  The parties have agreed to proceed with binding arbitration pursuant to the underinsured motorist coverage provisions of Plaintiff's insurance policy with Safeco Insurance Company.

JOINT STIPULATION FOR DISMISSAL

Plaintiff ARNELL NIGHTINGALE's civil action is dismissed with prejudice, each party to bear its own costs and fees.

SO STIPULATED.

Dated: October 31, 2012

ROUDA, FEDER, TIETJEN & MCGUINN

By: /s/ Miles Cooper
Miles Cooper
Attorneys for Plaintiff
ARNELL NIGHTINGALE

Dated: October 31, 2012

MCNAMARA, NEY, BEATTY, SLATTERY,
BORGES & AMBACHER LLP

By: /s/ Petra Bruggisser
Martin J. Ambacher
Petra Bruggisser
Attorneys for Defendant
SAFECO INSURANCE COMPANY OF AMERICA

PURSUANT TO THE STIPULATION OF THE PARTIES,

IT IS HEREBY ORDERED THAT this civil action is dismissed with prejudice in its entirety, each party to bear its own costs and fees.

IT IS SO ORDERED.

Dated: November 1, 2012

Hon. Nathanael M. Cousins

IT IS SO ORDERED
Judge Nathanael M. Cousins
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JOINT STIPULATION FOR DISMISSAL    2